IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Eastern Division)

| | |
|---|---|
| In re the matter of: | CASE NO. 19-25857 |
| | CHAPTER 13 |
| Shanetta L. Gillespie | |
|     Debtor. | JUDGE Jacqueline P. Cox |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:

| | |
|---|---|
| Shanetta L.Gillespie | Steve Miljus |
| 7302 S. Kenwood Ave. | 20 S. Clark, 28th |
| Chicago, IL 60619 | Chicago, IL 60603 |
| Via Regular Mail | Via Electronic Mail |
| | |
| Tom Vaughn | Patrick S. Layng |
| 55 E. Monroe St. Ste. 3850 | Office of the U.S. Trustee, Region 11 |
| Chicago, IL 60603 | 219 S. Dearborn St., Room 873 |
| Via Electronic Mail | Chicago, IL 60604 |
| | Via Electronic Mail |

On **JUNE 1, 2020**, at **9:00 a.m**., I shall appear before the Honorable JACQUELINE P. COX in the Courtroom numbered 680, 219 S. Dearborn Street, Chicago, IL 60604, or in his absence, before such other Bankruptcy Judge as may be presiding in his place and stead, and shall then and there present the attached Motion for Relief from the Automatic Stay at which time and place you may appear if you so see fit.

*A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.*

                                        REGIONAL ACCEPTANCE CORPORATION

                                        By:    /s/Amy A. Aronson
                                                 Amy A. Aronson
                                                 Attorneys for Regional Acceptance Corporation

Amy A. Aronson
ARONSON & WALSH, P.C.
P.O. Box 5907
Vernon Hills, IL 60061
847.247.1810 / Attorneys for Regional Acceptance Corporation

# **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay attached, upon the parties listed above, by mailing same in a properly addressed envelope, postage prepaid, from the Vernon Hills Post Office, Lakeview Parkway, Vernon Hills, Illinois 60061, before the hour of 5:00 p.m. on the 12th day of May 2020, or via electronic notice as indicated above.

                                                                      By:    /s/Amy A. Aronson
                                                                                  Attorneys for Regional Acceptance Corporation

Amy A. Aronson
ARONSON & WALSH, P.C.
P.O. Box 5907
Vernon Hills, IL 60061
847.247.1810
Attorneys for Regional Acceptance Corporation

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Eastern Division)

| | |
|---|---|
| In re the matter of: | CASE NO. 19-25857 |
| | CHAPTER 13 |
| Shanetta L. Gillespie | |
| | JUDGE Jacqueline P. Cox |
| Debtor. | |

## MOTION TO MODIFY AUTOMATIC STAY

Now Comes REGIONAL ACCEPTANCE CORPORATION, a creditor herein, Amy A. Aronson, Aronson & Walsh, P.C., its attorneys, and moves this Honorable Court for entry of an Order modifying the restraining provisions of § 362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1.  That on September 12, 2019, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2.  That REGIONAL ACCEPTANCE CORPORATION is a creditor of the Debtor, Shanetta L. Gillespie, with respect to a certain 2016 Hyundai Tucson; VIN: KM8J33A24GU158255, and holds a security interest pursuant to a certain Retail Installment Contract entered into by the Debtor on or about January 6, 2018.  A copy of said agreement is attached hereto and incorporated herein as Exhibit "A".  A copy of the Certificate of Title is attached hereto and incorporated herein and marked Exhibit "B".

3.  Debtor has defaulted on her obligation to REGIONAL ACCEPTANCE CORPORATION in that she has failed to make the payments required under the terms of the Agreement.  Debtor owes REGIONAL ACCEPTANCE CORPORATION the sum of $19,779.04 plus accruing interest and attorneys' fees.  The Debtor has defaulted in making the payments due and the current amount due is $1,515.35, representing default for three (3) months.

4. That the Debtor has not offered, and REGIONAL ACCEPTANCE CORPORATION is not receiving, adequate protection for its secured interest.

5. That REGIONAL ACCEPTANCE CORPORATION will suffer irreparable injury, harm and damage should it be delayed in foreclosing its security interest.

6. The property is not necessary for the effective reorganization of the Debtor.

7. That no cause exists to stay the execution of this order.

WHEREFORE, REGIONAL ACCEPTANCE CORPORATION prays that this Honorable Court enter an Order modifying the restraining provisions of § 362 of the Bankruptcy Code to permit the said REGIONAL ACCEPTANCE CORPORATION or its assigns to take possession and foreclose its security interest in the 2016 Hyundai Tucson; VIN: KM8J33A24GU158255; that Bankruptcy Rule 4001(a)(3) is waived and not applicable, and for such other and further relief as this court deems just and proper.

                      REGIONAL ACCEPTANCE CORPORATION


                      By:    /s/Amy A. Aronson
                            Amy A. Aronson
                            One of its Attorneys

Amy A. Aronson
ARONSON & WALSH, P.C.
P.O. Box 5907
Vernon Hills, IL 60061
847.247.1810
Attorneys for Regional Acceptance Corporation